UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORENO,<br><br>        Plaintiff,<br><br>  v.<br><br>VIKRAM VOHRA; VINAY VOHRA: ET AL,<br><br>        Defendant. | **NEW CASE NO. 1:14-CV-0539-MJS**<br><br>**ORDER ASSIGNING CASE RE: PRESIDING JUDGE**<br><br>Old Case No. 1:14-cv-0539-AWI-MJS |

    IT IS HEREBY ORDERED that the above entitled action to be assigned to the docket of Judge MICHAEL J. SENG as Presiding Judge of the above entitled action. Plaintiffs filed their consent on August 21, 2014 and Defendant filed their consent on August 25, 2014 under the Title 28, U.S.C. Sec. 636 (c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS: 1:14-CV-0539-MJS

IT IS SO ORDERED.

Dated:  August 26, 2014

                                          SENIOR DISTRICT JUDGE