UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>        Plaintiff,<br><br>   v.<br><br>Vikram Vohra;<br>Vinay Vohra;<br>Fast N ESY #17 Corporation, a California Corporation; and Does 1-10,<br><br>        Defendants. | Case: 1:14-CV-00539-MJS<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear his, her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   January 5, 2015            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE